## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MADHUKAR DHAS, on behalf of himself and all others similarly situated**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**NATIONAL CREDIT SYSTEMS, INC.,** *et al.*<br><br>**Defendants.** | **CIVIL ACTION NO.  21-1386** |

## ORDER

**AND NOW,** this 3rd day of May 2021, the Court having been notified that the issues between the parties have been settled, it is hereby **ORDERED** under Federal Rule of Civil Procedure 41(a)(2) that:

1.  This action is **DISMISSED with prejudice**, pursuant to agreement of counsel, without costs as to the named Plaintiff, Madhukar Dhas.

2.  No motion for class certification having been filed, and no class having been certified, the claims of any potential class members are **DISMISSED without prejudice**.

3.  The Court will retain jurisdiction for 180 days from the date of entry of this Order to enforce the terms of the settlement.

4.  The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**